

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 03238342 |
| Entity Name | PREFERRED CAPITAL FUNDING OF ILLINOIS, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
368 W. HURON, SUITE 200N
CHICAGO, IL 606540000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Friday, 26 February 2010

**Jurisdiction**
IL

**Duration**
PERPETUAL



EXHIBIT A

## Agent Information

Name
BRIAN T. GARELLI

Address
340 W BUTTERFIELD RD STE 2A
ELMHURST , IL 60126

Change Date
Friday, 26 February 2010

## Annual Report

For Year
2019

Filing Date
Monday, 4 March 2019

## Managers

Name
Address
GARELLI, BRIAN T
340 W BUTTERFIELD RD., SUITE 2
ELMHURST, IL 60126

Name
Address
PINTAS, WILLIAM G
368 W. HURON, SUITE 100
CHICAGO, IL 60654

## Assumed Name

ACTIVE
GLOBAL FUNDING SOLUTIONS

**Series Name**

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.     Thu Sep 19 2019