


*Jeffrey Kahn*
*150 River Road, Bldg O-2B*
*Montville, New Jersey 07045*

*201-906-6806*

October 30, 2019

Honorable Virginia M. Kendall
EASTERN DIVISION
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re:   **Preferred Capital Funding of Nevada,LLC v. Philip Timothy Howard, Jeff Kahn, Howard & Associates, P.A.**
    **Case No. 1:19-cv-06245**

Dear Honorable Kendall:

Enclosed please find, an original and one copy of my Answer, pro se,in the above captioned matter which I am requesting be filed on my behalf.

Please stamp as filed the enclosed copy and return the copy to me in the stamped envelope provided.

By copy of this letter, I am sending a copy of my Answer to the attorney for the Plaintiff.

Respectfully submitted,

Jeffrey Kahn

cc: Amy Galvin Grogan, Esq