UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PREFERRED CAPITAL FUNDING,
NEVADA, LLC,

    Plaintiff,

v.

JEFF KAHN, PHILLIP TIMOTHY HOWARD and
HOWARD & ASSOCIATES, P.A.,

    Defendants.

Case No. 1:19-cv-06245
District Court Judge Virgina M. Kendall

## RESPONSE TO ORDER TO SHOW CAUSE ON SETTLED CASE AND PRIOR DISCOVERY

Defendants, Phillip Timothy Howard and Howard & Associates, P.A., ("Defendants") by and through undersigned counsel, responds to the Order to Show Cause pertaining to discovery on this action. Defendants were providing exhaustive discovery responses prior to the action being settled, and even while the parties had entered into settlement terms. The case is now dismissed with prejudice.

Undersigned provided many, many gigs of data, including 27 gigs from its hard drive on player data. Correspondence attached as Exhibit A. Undersigned aggressively engaged in discovery and the documents requested took 100s hours to provide. Moreover, undersigned's staff did not have the October 8, 2020 discovery hearing calendared. Undersigned apologizes for missing the hearing on addressing its comprehensive responses to discovery requests. This was referenced in the

undersigned October 14, 2020 filing.

Respectfully submitted on this 10th Day of November 2020.

/s/ Tim Howard
TIMOTHY HOWARD, J.D., PH.D.
1415 East Piedmont Dr. Suite 5
Tallahassee, Florida 32308
Telephone: (850) 298-4455
Facsimile: (850) 216-2537
Tim@HowardJustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November 2020, a copy of the foregoing was served by email to the following counsel of record:

Katherine Schoon
Amy Galvin Grogan
Grogan, Hesse & Uditsky, P.C.
340 W. Butterfield Rd., Suite 2A
Elmhurst, IL 60126
kschoon@ghulaw.com
agrogan@ghulaw.com
(630) 833-5533 (o)

/s/ Tim Howard
Tim Howard, Esq.